```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 14081
   CYNTHIA L FLOWERS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9998

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/02/2008 and was not confirmed.

     The case was dismissed without confirmation 08/06/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------------
OPTION ONE MORTGAGE        NOTICE ONLY    NOT FILED            .00          .00
TOYOTA MOTOR CREDIT CORP   NOTICE ONLY    NOT FILED            .00          .00
ROUNDUP FUNDING LLC        UNSECURED        1536.26            .00          .00
AMERICAN HOME MTG          CURRENT MORTG       .00             .00          .00
AMERICAN HOME MTG          SECURED NOT I       .00             .00          .00
OPTION ONE MORTGAGE        NOTICE ONLY    NOT FILED            .00          .00
TOYOTA MOTOR CREDIT        SECURED NOT I  12596.10             .00          .00
ASSET ACCEPTANCE LLC       UNSECURED         700.48            .00          .00
ASSET ACCEPTANCE LLC       UNSECURED         507.22            .00          .00
ASSET ACCEPTANCE LLC       UNSECURED         100.00            .00          .00
PRO SE DEBTOR              DEBTOR ATTY        .00                           .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                         --------------       --------------
TOTALS                       .00                    .00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 14081 CYNTHIA L FLOWERS

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/19/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE